*SUI JURIS, JUS SOLI*

**CIVIL COMPLAINT FORM TO BE USED BY A ~~FEDERAL~~ PRISONER**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

_Katie-J; Lapp_  0032945   :
**Full Name of Plaintiff    Inmate Number**   :
:
:   Civil No. _1:22-CV-00949_
v.   :   (to be filled in by the Clerk's Office)
:   Judge Saporito
_David Alan Cohen,_   :   (   ) Demand for Jury Trial
**Name of Defendant 1**   :   (✓) No Jury Trial Demand
:
_Trudy Mintz_   :
**Name of Defendant 2**   :
:
_Brian Baker_   :
**Name of Defendant 3**   :
:
_Joshua Stimeling_   :
**Name of Defendant 4**   :
:
_Kyle L. Drick_   :
**Name of Defendant 5**   :
(Print the names of all defendants. If the names of all   :
 defendants do not fit in this space, you may attach   :
additional pages. Do not include addresses in this   :
section).          — cont. —   :

**FILED**
**HARRISBURG, PA**

JUN 15 2022

PER___I.B.R_____
**DEPUTY CLERK**

### I.    NATURE OF COMPLAINT

Indicate below the federal legal basis for your claim, if known.

✓    Civil Rights Action under 42 U.S.C. § 1983 (state, county, or municipal defendants)

___    Civil Rights Action under <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971) (federal defendants)

___    Negligence Action under the Federal Tort Claims Act (FTCA), 28 U.S.C. § 1346, against the United States

cont. from Page 1 of 6

Name of Defendant 6:
D. Peter Johnson.

Name of Defendant 7:
Jennifer J. Bowers

Name of Defendant 8:
Ernest Potter

II.    **ADDRESSES AND INFORMATION**

A.    **PLAINTIFF**

_Katie - F; Lapp, sui juris, jus soli_

Name (Last, First, MI)

_0032945_

Inmate Number

_Northumberland County Jail_

Place of Confinement

_670 Northumberland County Dr._

Address

_Coal Township, Penn. 17866_

City, County, State, Zip Code

Indicate whether you are a prisoner or other confined person as follows:

\_\_\_    Pretrial detainee

\_\_\_    Civilly committed detainee

\_\_\_    Immigration detainee

\_\_\_    Convicted and sentenced state prisoner

\_\_\_    Convicted and sentenced federal prisoner

B.    **DEFENDANT(S)**

Provide the information below for each defendant. Attach additional pages if needed.

Make sure that the defendant(s) listed below are identical to those contained in the caption.   If incorrect information is provided, it could result in the delay or prevention of service of the complaint.

Defendant 1:

_David Alan Cohen_

Name (Last, First)

_member of Shekinah Christian Fellowship_

Current Job Title

_c/o Pastor Ivan Stoltzfus_

Current Work Address

_1838 Troxelville Rd., Middleburg, Penn. 17842_

City, County, State, Zip Code

Defendant 2:

_Trudy Mintz_
Name (Last, First)

_attorney_
Current Job Title

_236 E. Main St._
Current Work Address

_Mechanicsburg, Penn. 17055_
City, County, State, Zip Code


Defendant 3:

_Brian Baker_
Name (Last, First)

_attorney_
Current Job Title

_10 Main St. P. O. Box 225_
Current Work Address

_Mifflintown, Juniata Co. Penn. 17059_
City, County, State, Zip Code


Defendant 4:

_Joshua Stimeling_
Name (Last, First)

_Juniata County Sheriff_
Current Job Title

_P. O. Box 42_
Current Work Address

_Mifflintown, Juniata Co. Penn. 17059_
City, County, State, Zip Code


Defendant 5:

_Kyle L. Drick_
Name (Last, First)

_Pennsylvania State Trooper_
Current Job Title

_50 Lawton Lane_
Current Work Address

_Milton, Penn. 17847_
City, County, State, Zip Code

— cont. —

cont. from Page 3 of 6

Defendant 6:
Name:                          D. Peter Johnson
Current Job Title:             District Attorney
Current Work Address:          103 S. Second St.
City, County:                  Lewisburg, Union Co.
State, Zip Code:               Penn. 17837

Defendant 7:
Name:                          Jennifer J. Bowers
Current Job Title:             Penn. State Trooper
Current Work Address:          50 Lawton Lane
City, County:                  Milton, ?? County
State, Zip Code:               Penn. 17847

Defendant 8:
Name:                          Ernest Ritter
Current Job Title:             Union Co. Sheriff
Current Work Address:          103 S. Second St.
City, County:                  Lewisburg, Union Co.
State, Zip Code                Penn. 17837

## III.    STATEMENT OF FACTS

State only the facts of your claim below. Include all the facts you consider important. Attach additional pages if needed.

A.    Describe where and when the events giving rise to your claim(s) arose.

*See Affidavit of Claim of Injury.*

B.    On what date did the events giving rise to your claim(s) occur?

*See Affidavit of Claim of Injury.*

C.    What are the facts underlying your claim(s)? (For example:  What happened to you? Who did what?)

*See Affidavit of Claim of Injury.*

## IV.    LEGAL CLAIM(S)

You are not required to make legal argument or cite any cases or statutes. However, state what constitutional rights, statutes, or laws you believe were violated by the above actions. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs. Attach additional pages if needed.

① Since I acquired, through my labor and travail, a daughter, it is my inherent and indefeasible right to possess, protect, enjoy and defend that living property of mine, as per the Penn. Const. Art. I Sec. I (especially due to Exhibit A), which was violated.

② The Penn. Const. Art. I Sec. 3 declares that it is my my natural and indefeasible right to worship almighty God according to the dictates of my own conscience. And Jesus said that that MUST be done in spirit and TRUTH (John 4:23). Which, to me means honoring and reverencing Him by living a life of integrity, asking Him for wisdom whenever I lack, as the scripture
——— cont. ———

## V.    INJURY

Describe with specificity what injury, harm, or damages you suffered because of the events described above.

Emotional Distress, loss of possessing and protecting my own property (my daughter), loss of good reputation, persecution for worshiping almighty God according to the dictates of my own conscience, loss of freedom, deterioration of health due to poor quality jail food, etc.

## VI.    RELIEF

State exactly what you want the court to do for you. For example, you may be seeking money damages, you may want the court to order a defendant to do something or stop doing something, or you may be seeking both types of relief. If you are seeking monetary relief, state your request generally. Do not request a specific amount of money.

I want the court to order the defendants, to release me from all criminal accusations and from my unconstitutional detention and/or imprisonment, to restore my daughter to her mother, her God ordained and Constitutional

——— cont. ———

cont. from Page 5 of 6

IV                    Legal Claims

says in James 1:5-8, then walking by faith in the
wisdom He gives according to the light of His word
because His word is a lamp to my feet, and a
light to my path, as it says in Psalm 119:105.
Since it was the Lord God Almighty Jesus Christ
who led me by His Holy Spirit, directing my path
to create an affidavit, under penalty of perjury,
describing the dictates of my own conscience, ac-
cording to God's word (see Exhibit B), it is my
Constitutional right to freely exercise that without
interference from human authority, as per the Penn
Const. Art. 1 Sec. 1 (especially due to Exhibit A), which
was violated.


VI                    Relief

cargiver, and to pay me #7,777,777. for the irrepar-
ble loss and damage of mother and daughter being
during her tender ages of 10 and 11 years old, com-
pensation for my loss of work, etc. etc.
Prov. 6:30-31 "Do not despise a thief if he steals to
satisfy himself when he is starving. Yet when he is
found, he must restore sevenfold; he may have to
give up all the substance of his house," said King
Solomon, the wisest man of all times (see 1 Kings 3:12
and Prov. 1:1).

## VII.    SIGNATURE

By signing this complaint, you represent to the court that the facts alleged are true to the best of your knowledge and are supported by evidence, that those facts show a violation of law, and that you are not filing this complaint to harass another person or for any other improper purpose.

Local Rule of Court 83.18 requires *pro se* plaintiffs to keep the court informed of their current address. If your address changes while your lawsuit is being litigated, you must immediately inform the court of the change in writing. By signing and submitting the complaint form, you agree to provide the Clerk's Office with any changes to your address where case-related papers may be served, and you acknowledge that your failure to keep a current address on file with the Clerk's Office may result in dismissal of your case.

Signature of Plaintiff's Autograph  *Exp: Katie-F; Lapp, Sui Juris, Jus Soli, all rights reserved w/o prejudice UCC 1-308*

Date  *June 14, 2022*



Katie F; Lapp
unconstitutionally
detained @;
670 North'd Co. Dr.
Coal Township, Penn.
[17866]

**RECEIVED**
HARRISBURG, PA

JUN 15 2022

PER _____
DEPUTY CLERK

United States District Court
Middle District of Pennsylvania
228 Walnut St.
P.O. Box 983
Harrisburg, Penn. [17108]